FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2023-2924
_____

GRAND AMERICAN ENTERPRISES
INC.,

   Appellant,

   v.

CITY OF VALPARAISO and
WATREE CONSTRUCTION AND
LAND DEVELOPMENT LLC.,

   Appellees.

_____


On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

September 25, 2024


PER CURIAM.

   DISMISSED as moot. *See Montgomery v. Dep't of Health & Rehab. Servs.*, 468 So. 2d 1014, 1016 (Fla. 1st DCA 1985) ("A case becomes moot, for purposes of appeal, where, by a change of circumstances prior to the appellate decision, an intervening event makes it impossible for the court to grant a party any effectual relief."); *see also Waters v. Dep't of Corr.*, 306 So. 3d 1264, 1266 (Fla. 1st DCA 2020) ("A case is 'moot' when it presents no actual controversy or when the issues have ceased to exist." (quoting *Godwin v. State*, 593 So. 2d 211, 212 (Fla. 1992))).

LEWIS, ROBERTS, and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Thomas Lutz of the Goodwin Law Group, Shalimar, for Appellant.

Hayward Dykes, Jr., and Alisha D. Hurwood of Hand Arendall Harrison Sale LLC, Santa Rosa Beach, for Appellee City of Valparaiso.

Scott M. Work, Work Law Firm, P.A., Destin, for Appellee Watree Construction and Land Development LLC.